QUIN DENVIR, Bar #49374
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
LUIS C. RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         *Plaintiff*,<br><br>    v.<br><br>LUIS C. RODRIGUEZ,<br><br>         *Defendant*. | No. 1:05-Cr-00063 OWW<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE AND SET MOTION BRIEFING SCHEDULE AND  ORDER THEREON<br><br>NOTE TO COUNSEL: Requested new date changed<br><br>Date:   August 22, 2005<br>Time:  1:30 p.m.<br>Judge: Honorable Oliver W. Wanger |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, DAVID L. GAPPA, Assistant United States Attorney, counsel for Plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for Defendant Luis C. Rodriguez, that the date for status conference in this matter may be continued to August 22, 2005.  It is also requested that a new motion briefing schedule be ordered.  It is requested that any additional motions may be filed by July 18, 2005; that any response or opposition may be filed by August 15, 2005; and that status conference and hearing on the motions may be set for August 22, 2005.  **The date currently set for status conference is June 21, 2005.  The requested new date is August 22, 2005.**

    The reason for this request is that additional time is needed to complete defense review of the images and other evidence in this matter, and also to file a potential suppression motion related to the

1  search of Mr. Rodriguez' residence.

2      The parties agree that the delay resulting from the continuance shall be excluded as necessary for
3  effective defense preparation pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv), and for the filing of pretrial
4  motions and ruling thereon pursuant to 18 U.S.C. §§ 3161(h)(1)(F).

5

6      McGREGOR W. SCOTT
    United States Attorney

7

8      <u>AUSA Gappa has approved of his electronic signature being placed here</u>

9  DATED: June 16, 2005    By _____
    DAVID L. GAPPA
10      Assistant United States Attorney
    Attorney for Plaintiff

11

12      QUIN DENVIR
    Federal Public Defender

13

14

15  DATED: June 16, 2005    By /s/ Eric V. Kersten
    ERIC V. KERSTEN
16      Assistant Federal Defender
    Attorney for Defendant
17      Luis C. Rodriguez

18

19

20      **O R D E R**

21      **IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice
22  pursuant to 18 U.S.C. §§ 3161(h)(1)(F) and 3161(h)(8)(B)(iv).  The hearing in this matter is continued
23  to August 23, 2005 at 9:00 a.m.

24

25  DATED: June 17, 2005
    /s/ OLIVER W. WANGER
26      _____
    OLIVER W. WANGER, Judge
27      United States District Court
    Eastern District of California

28