QUIN DENVIR, Bar #49374
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
LUIS C. RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> LUIS C. RODRIGUEZ, <br><br> *Defendant.* | No. 1:05-cr-00063 OWW <br><br> STIPULATION TO CONTINUE STATUS CONFERENCE AND SET MOTION BRIEFING SCHEDULE AND ORDER THEREON <br><br> Date: October 24, 2005 <br> Time: 1:30 p.m. <br> Judge: Honorable Oliver W. Wanger |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, DAVID L. GAPPA, Assistant United States Attorney, counsel for Plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for Defendant Luis C. Rodriguez, that the date for status conference in this matter may be continued to October 24, 2005.  It is also requested that a new motion briefing schedule be ordered.  It is requested that any additional motions may be filed by September 26, 2005; that any response or opposition may be filed by October 17, 2005; and that status conference and hearing on the motions may be set for October 24, 2005.  **The date currently set for status conference is August 23, 2005.  The requested new date is October 24, 2005.**

The bulk of the alleged images in this matter were found on a computer at the defendant's place of employment at the time of arrest.  The defense needs additional time to view additional images since discovered on a different cmputer at the defendant;s prlce of employment.  In addition, the

the defense is requesting additional time to conduct further investigation and prepare a potential suppression motion.  Finally, the parties are requesting additional time to engage in further discussions in an effort to reach a negotiated settlement of matter.  If no agreement is reached by the date of the requested status conference, a trial date will be requested at that time.

The parties agree that the delay resulting from the continuance shall be excluded as necessary for effective defense preparation pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv), and for the filing of pretrial motions and ruling thereon pursuant to 18 U.S.C. §§ 3161(h)(1)(F).

```
                                        McGREGOR W. SCOTT
                                        United States Attorney


DATED: August 18, 2005          By  /s/ David L. Gappa
                                        DAVID L. GAPPA
                                        Assistant United States Attorney
                                        Attorney for Plaintiff


                                        QUIN DENVIR
                                        Federal Public Defender


DATED: August 18, 2005          By /s/ Eric V. Kersten
                                        ERIC V. KERSTEN
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        Luis C. Rodriguez
```

## O R D E R

**IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(1)(F) and 3161(h)(8)(B)(iv).

DATED: August _18_, 2005

/s/ OLIVER W. WANGER

OLIVER W. WANGER, Judge
United States District Court
Eastern District of California