QUIN DENVIR, Bar #49374
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
LUIS C. RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff*,<br><br>    v.<br><br>LUIS C. RODRIGUEZ,<br><br>    *Defendant*. | No. 1:05-cr-00063 OWW<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE AND RESET MOTION BRIEFING SCHEDULE AND ORDER THEREON<br><br>Date:  January 9, 2006<br>Time:  1:30 p.m.<br>Judge: Hon. Oliver W. Wanger |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, DAVID L. GAPPA, Assistant United States Attorney, counsel for Plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for Defendant Luis C. Rodriguez, that the date for status conference in this matter may be continued to January 9, 2006.  It is also requested that a new motion briefing schedule be ordered.  It is requested that any additional motions may be filed by December 5, 2005; that any response or opposition may be filed by January 3, 2006; and that status conference and hearing on the motions may be set for January 9, 2006.  **The date currently set for status conference is December 12, 2005.  The requested new date is January 9, 2006.**

The reason for this request is that Mr. Rodriguez' residence and its curtilege were searched both with, and without, a warrant during and after his arrest.  Defense counsel has just discovered grounds to challenge the warrant and additional time is needed to brief the issue.  Time is also requested to allow for further efforts to reach a negotiated settlement of this case.

1  The parties agree that the delay resulting from the continuance shall be excluded as necessary for
2  effective defense preparation pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv), and for the filing of pretrial
3  motions and ruling thereon pursuant to 18 U.S.C. §§ 3161(h)(1)(F).

McGREGOR W. SCOTT
United States Attorney

DATED: November 21, 2005       By  /s/ David L. Gappa
                                    DAVID L. GAPPA
                                    Assistant United States Attorney
                                    Attorney for Plaintiff

QUIN DENVIR
Federal Public Defender

DATED: November 21, 2005       By  /s/ Eric V. Kersten
                                    ERIC V. KERSTEN
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    Luis C. Rodriguez

## O R D E R

**IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(1)(F) and 3161(h)(8)(B)(iv).

DATED: November _23___, 2005

 /s/Oliver W. Wanger
OLIVER W. WANGER, Judge
United States District Court
Eastern District of California

Stipulation to Continue Status Conference and
Reset Motion Briefing Schedule                 2