IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR F 05-0063 LJO |
| Plaintiff, | **BRIEFING ORDER** |
| vs. | |
| LUIS C. RODRIGUEZ, | |
| Defendant. | |

The Ninth Circuit Court of Appeals has construed defendant's petition for writ of habeas corpus ("petition") as a 18 U.S.C. § 2255 motion and has transferred the matter to this Court for determination. As such, this Court ORDERS:

1. The United States of America, no later than July 8, 2008, to file and serve its response to the petition and the petition's merits; and

2. Defendant, no later than July 22, 2208, to file and serve reply papers, if any.

This Court will review the matter on the record and issue a ruling unless it deems that a hearing is necessary.

IT IS SO ORDERED.

**Dated:   June 11, 2008**              /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE

1