McGREGOR W. SCOTT
United States Attorney
DAVID L. GAPPA
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR-F-05-00063 LJO |
| Plaintiff, | ) |
| v. | ) STIPULATION TO SUSPEND BRIEFING |
| | ) UNTIL DIRECT APPEAL IS RESOLVED |
| LUIS C. RODRIGUEZ, | ) |
| Defendant. | ) |

STIPULATION

The parties have agreed to suspend the briefing schedule for this case until the defendant's direct appeal, currently pending at the United States Court of Appeals for the Ninth Circuit, is resolved. Briefing in that matter is still underway. The Ninth Circuit's decision in the pending appeal is likely to have a direct impact on the potential issues in this case. Normally a

1

petition for writ of habeas corpus is not brought or entertained until after the underlying case is resolved.  Here, it is probable that the Ninth Circuit's decision will impact the petition for a writ of habeas corpus that is now pending before this Court.  Accordingly, the parties have agreed to suspend further briefing until the direct appeal is resolved.

Dated:     July 8, 2008                  Respectfully submitted,

                                             McGREGOR W. SCOTT
                                             United States Attorney

                                           /s/ David L. Gappa
                                    By:   DAVID L. GAPPA
                                              Assistant U.S. Attorney

                                           /s/ Eric Schweitzer
                                           ERIC SCHWEITZER
                                           Counsel for Luis Rodriguez

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR-F-05-00063 LJO |
| ) | |
| Plaintiff, ) | |
| ) | ORDER REGARDING STIPULATION TO |
| ) | SUSPEND BRIEFING UNTIL DIRECT |
| v. ) | APPEAL IS RESOLVED |
| ) | |
| LUIS C. RODRIGUEZ, ) | |
| ) | |
| ) | |
| Defendant. _____ ) | |

ORDER

The court has reviewed and considered the stipulation of the parties to suspend the briefing in the petition for writ of habeas corpus until the defendant's direct appeal is resolved. Good cause appearing, this Court orders:
1. Briefing on Defendant's 28 U.S.C. §2255 motion is held in abeyance until Defendant's direct appeal is resolved;
2. The July 29, 2008 motion hearing is vacated; and
3. The parties shall file a joint status report to this Court, **no later than October 9, 2008,** to inform this Court of the direct appeal's status and whether this Court should reset the 28 U.S.C. §2255 motion briefing schedule.

IT IS SO ORDERED.

**Dated:   July 8, 2008**                              /s/ Lawrence J. O'Neill
                                                UNITED STATES DISTRICT JUDGE

3